**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DANIEL ANZOLA,

               Plaintiff,                    18 **CIVIL** 11217 (VSB)(DCF)

        -against-                       **JUDGMENT**

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,
               Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 21, 2020, the Report and Recommendation in its ADOPTED in its entirety. Plaintiff's motion for summary judgment is DENIED. Defendant's cross-motion for judgment on the pleadings is GRANTED and the decision of the Commissioner is AFFIRMED.

**Dated:**  New York, New York
          September 22, 2020

                                            **RUBY J. KRAJICK**
                                              **Clerk of Court**
                   **BY:**     *K. Mango*
                                              **Deputy Clerk**